## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOE DOMINGUEZ**                                              **PETITIONER**
**Reg. No. 33422-509**

**v.**                          **CASE NO. 2:26-CV-00023-BSM**

**DOE, FCI Forrest City Warden**                              **RESPONDENT**

### ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted, and Joe Dominguez's motion for voluntary dismissal [Doc. No. 3] is granted. Dominguez's petition and motion for temporary restraining order [Doc. No. 1 and 2] are dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE