**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOE DOMINGUEZ**                                                                    **PETITIONER**
**Reg. No. 33422-509**

**v.**                                    **CASE NO. 2:26-CV-00023-BSM**

**DOE, FCI Forrest City Warden**                                          **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE